IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELIZABETH WARNICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-1377-GBL-JFA |
| ) | |
| TRUE COMMUNICATIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**ORDER and FINAL JUDGMENT**

Upon consideration of Report and Recommendation entered on March 15, 2016 by United States Magistrate Judge John F. Anderson (Doc. 22), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 16) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk enter judgment in favor of Plaintiff Elizabeth Warnick ("Plaintiff") and against Defendants True Communications, Inc. ("True Communications"), Stephen Libonate ("Libonate"), and John Delisi ("Delisi") as follows:

(1) $11,510.17 against Libonate and Delisi, jointly and severally, on Counts I and II to be paid into the 401(k) Plan on Plaintiff's behalf;

(2) $7,540.00 against True Communications and Libonate, jointly and severally, on Count III;

(3)   $23,556.89 against True Communications on Count IV;

(4)   $25,000 in punitive damages against True Communications and Libonate, jointly and severally, on Counts VI and VII;

(5)   Delisi and Libonate shall be removed as fiduciaries of the 401(k) Plan; and

(6)   Plaintiff shall be awarded post-judgment statutory interest at the rate prescribed by 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

ENTERED this _8th_ day of April, 2016.

Alexandria, Virginia
4 / 8 / 2016

/s/
Gerald Bruce Lee
United States District Judge